## DUDLEY LADD *versus* JOHN P. SANBORN.

Where a demandant, in a writ of entry dies, pending the suit, his executor or administrator may be admitted under the statute to prosecute the action for the benefit of those who may be interested in the estate.

THIS was a writ of entry. The action was commenced on the 5th January, 1829. At August term, 1830, the demandant having deceased since the last continuance, J. Lawrence, the administrator of the demandant's estate, moved the court to be admitted to prosecute the suit, to which the tenant objected.

*Walker*, for the demandant.

*Mason*, for the tenant.

*By the court.* The statute of January 2, 1829, section 3, 1 Laws, 370, provides, that in case of the death of a demandant in a real action, his executor or administrator may, at the next term, be admitted to prosecute the suit to final judgment, for the benefit of those who may be interested in the estate. The words of the statute are clear, plain, and explicit, and leave no doubt as to the intention of the legislature. We are of opinion that the motion must prevail.